# EXHIBIT A

Life Insurance Policy

# POLICY LF-0939-2349

# Jane W. Millwood

# Specimen copy of Policy

# STATE FARM LIFE INSURANCE COMPANY

HOME OFFICE: ONE STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710-0001

**STATE FARM** **INSURANCE** ®

| | |
|---|---|
| INSURED | GETTYS BRYANT MILLWOOD (MALE) |
| AGE | 43 |
| POLICY NUMBER | LF-0939-2349 |
| POLICY DATE | May 1, 1988 |
| INITIAL BASIC AMOUNT | RE-ISSUED AS REQUESTED |

This policy is based on the application and the payment of premiums as specified in the policy. State Farm Life Insurance Company will pay the proceeds to the beneficiary when due proof is received that the Insured died before this policy terminated. If the Insured is alive on the maturity date, the cash surrender value on the maturity date will be paid to the Owner and this policy will terminate.

**10-Day Right to Examine the Policy.**    This policy may be returned within 10 days of its receipt for a refund of all premiums paid. Return may be made to State Farm Life Insurance Company or one of its agents. If returned, this policy will be void from the policy date.

**Read this policy with care.** This is a legal contract between the Owner and State Farm Life Insurance Company.

*Laura P Sullivan*
**Secretary**

DUPLICATE

*Edward B Rust Jr.*
**President**

Registrar

---

### BASIC PLAN DESCRIPTION
Flexible premium adjustable life insurance. A death benefit is payable if the Insured dies before the maturity date. The cash surrender value is payable if the Insured is alive on the maturity date. Flexible premiums are payable while the Insured is alive until the maturity date. The basic plan is eligible for annual dividends.

---

# CONTENTS

| | PAGE |
|---|---|
| **Policy Identification** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| **Schedule of Benefits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| **Schedule of Premiums** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| **Monthly Deductions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| **Schedule of Surrender Charges** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| **Cost of Insurance Rates and Monthly Charges** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| **Definitions** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |
| **Ownership** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |

Owner.                                    Change of Owner.

| **Death Benefit and Death Benefit Options** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 |

Death Benefit.                            Change in Basic Amount.
Death Benefit Options.                    Change in Death Benefit Option.

| **Payment of Benefits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 |

Beneficiary Designation.                  Methods of Payment.
Change of Beneficiary Designation.        Minimum Payment.
Order of Payment on the Insured's         Basis of Computation for Payments.
   Death.                                 Additional Amounts Payable.

| **Premiums** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |

Payment of Premiums.                      Grace Period.
Premium Limitations.                      Reinstatement.

| **Guaranteed Values** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 |

Cash Value.                               Cash Surrender Value.
Monthly Deduction.                        Surrender Charge.
Cost of Insurance.                        Withdrawals.
Monthly Cost of Insurance Rates.          Paid-up Insurance.
Interest.                                 Basis of Computation.

| **Policy Loan** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |

Loan.                                     Loan Interest.
Loan Value.                               Loan Repayment.

| **General** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 |

The Contract.                             Assignment.
Annual Report.                            Error in Age or Sex.
Projection of Benefits and Values.        Incontestability.
Annual Dividends.                         Limited Death Benefit.
Dividend Options.

**The Application and any Riders and Endorsements follow page 12.**

 

## POLICY IDENTIFICATION

| | | | |
|---|---|---|---|
| INSURED | GETTYS BRYANT MILLWOOD (MALE) | AGE | 43 |

| | | | |
|---|---|---|---|
| POLICY NUMBER | LF-0939-2349 | INITIAL BASIC AMOUNT | RE-ISSUED AS REQUESTED |

POLICY DATE    MAY 1, 1988

ISSUE DATE    MAY 10, 1988

| | | | |
|---|---|---|---|
| ADDITIONAL INSURED | JANE W MILLWOOD (FEMALE) | AGE | 43 |

## SCHEDULE OF BENEFITS

UNIVERSAL LIFE BASIC PLAN:
    DEATH BENEFIT OPTION 1 (BASIC AMOUNT INCLUDES THE CASH VALUE)
    BASIC AMOUNT (STANDARD RATE CLASS-NONSMOKER):  $101,869

MATURITY DATE:  MAY 1, 2040

RIDERS:

| FORM | DESCRIPTION | INSURANCE AMOUNT | BENEFIT PERIOD ENDS | MONTHLY CHARGE DEDUCTIBLE |
|---|---|---|---|---|
| 86126 | ADDITIONAL INSURED'S LEVEL TERM (STANDARD RATE CLASS) | $50,000 | IN 2030 | TO 2030 |
| 86126 | ADDITIONAL INSURED'S LEVEL TERM (STANDARD RATE CLASS) EFFECTIVE DATE:  SEPTEMBER 11, 1992 ISSUE DATE:  OCTOBER 14, 1992 | $50,000 | IN 2030 | TO 2030 |
| 86206 | WAIVER OF MONTHLY DEDUCTION | | IN 2005 | TO 2005 |

## SCHEDULE OF PREMIUMS

PLANNED PREMIUMS ARE INCLUDED IN THE SCHEDULE SHOWN BELOW.  THE PAYMENT PERIOD FOR THE
PLANNED PREMIUMS IS 1 MONTH STARTING ON DECEMBER 1, 1992 PAYABLE UNTIL THE MATURITY
DATE.
AN EXPENSE CHARGE OF 7.5% IS DEDUCTED FROM EACH PREMIUM PAID.

| BEGINNING: | TOTAL PREMIUMS FOR POLICY YEAR |
|---|---|
| MAY 1, 1993 | $720.00 |

## MONTHLY DEDUCTIONS

### THE DEDUCTION DATE IS THE 1ST OF EACH MONTH

MAXIMUM MONTHLY COST OF INSURANCE RATES ARE SHOWN ON PAGE 4.  COST OF INSURANCE IS
DEDUCTIBLE TO THE MATURITY DATE.
THE MONTHLY EXPENSE CHARGE IS $4.00.

NOTE:  INSURANCE MAY TERMINATE PRIOR TO THE MATURITY DATE IF PREMIUMS PAID ARE NOT
          SUFFICIENT TO CONTINUE THE INSURANCE TO THAT DATE.

# COST OF INSURANCE RATES AND MONTHLY CHARGES

### CONTINUED FROM PAGE 4

| | | | | | |
|---|---|---|---|---|---|
| 55 | .61 | 65 | 1.28 | 75 | 3.39 |
| 56 | .65 | 66 | 1.39 | 76 | 3.80 |

### MONTHLY CHARGES PER $100 OF MONTHLY DEDUCTION FOR WAIVER OF MONTHLY DEDUCTION

| AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE |
|---|---|---|---|---|---|---|---|
| 47 | 9.49 | 51 | 14.33 | 55 | 24.77 | 59 | 38.84 |
| 48 | 10.51 | 52 | 16.56 | 56 | 26.04 | | |
| 49 | 11.58 | 53 | 18.98 | 57 | 28.03 | | |
| 50 | 12.85 | 54 | 21.78 | 58 | 32.54 | | |

# SCHEDULE OF SURRENDER CHARGES

| BEGINNING POLICY YEAR | BEGINNING POLICY MONTH | SURRENDER CHARGE | BEGINNING POLICY YEAR | BEGINNING POLICY MONTH | SURRENDER CHARGE |
|---|---|---|---|---|---|
| 5 | 8 | $508.50 | 8 | 5 | $636.75 |
| 5 | 9 | 553.50 | 9 | 1 | 582.00 |
| 5 | 10 | 598.50 | 9 | 5 | 514.50 |
| 5 | 11 | 643.50 | 10 | 1 | 459.75 |
| 5 | 12 | 688.50 | 10 | 5 | 392.25 |
| 6 | 1 | 678.75 | 11 | 1 | 337.50 |
| 6 | 2 | 723.75 | 11 | 5 | 270.00 |
| 6 | 3 | 768.75 | 12 | 5 | 202.50 |
| 6 | 4 | 813.75 | 13 | 5 | 135.00 |
| 7 | 1 | 759.00 | 14 | 5 | 67.50 |
| 8 | 1 | 704.25 | 15 | 5 | 0.00 |

# COST OF INSURANCE RATES AND MONTHLY CHARGES

## MAXIMUM MONTHLY COST OF INSURANCE RATES PER $1000

(STANDARD RATE CLASS-NONSMOKER)

| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|---|---|---|---|---|---|---|---|
| 47 | .46 | 59 | 1.29 | 71 | 3.80 | 83 | 11.28 |
| 48 | .50 | 60 | 1.40 | 72 | 4.19 | 84 | 12.33 |
| 49 | .54 | 61 | 1.53 | 73 | 4.63 | 85 | 13.43 |
| 50 | .58 | 62 | 1.68 | 74 | 5.12 | 86 | 14.56 |
| 51 | .64 | 63 | 1.84 | 75 | 5.64 | 87 | 15.72 |
| 52 | .69 | 64 | 2.03 | 76 | 6.18 | 88 | 16.91 |
| 53 | .76 | 65 | 2.22 | 77 | 6.74 | 89 | 18.13 |
| 54 | .83 | 66 | 2.43 | 78 | 7.33 | 90 | 19.41 |
| 55 | .91 | 67 | 2.66 | 79 | 7.96 | 91 | 20.76 |
| 56 | 1.00 | 68 | 2.90 | 80 | 8.65 | 92 | 22.27 |
| 57 | 1.09 | 69 | 3.16 | 81 | 9.43 | 93 | 24.08 |
| 58 | 1.18 | 70 | 3.46 | 82 | 10.31 | 94 | 26.52 |

## MAXIMUM MONTHLY CHARGES PER $1000 FOR ADDITIONAL INSURED'S LEVEL TERM

(STANDARD RATE CLASS)

| AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE |
|---|---|---|---|---|---|---|---|
| 47 | .35 | 57 | .69 | 67 | 1.51 | 77 | 4.24 |
| 48 | .37 | 58 | .73 | 68 | 1.64 | 78 | 4.72 |
| 49 | .40 | 59 | .77 | 69 | 1.77 | 79 | 5.24 |
| 50 | .43 | 60 | .82 | 70 | 1.93 | 80 | 5.84 |
| 51 | .46 | 61 | .88 | 71 | 2.13 | 81 | 6.53 |
| 52 | .49 | 62 | .96 | 72 | 2.38 | 82 | 7.32 |
| 53 | .53 | 63 | 1.05 | 73 | 2.67 | 83 | 8.23 |
| 54 | .57 | 64 | 1.16 | 74 | 3.01 | 84 | 9.22 |
| 55 | .61 | 65 | 1.28 | 75 | 3.39 | | |
| 56 | .65 | 66 | 1.39 | 76 | 3.80 | | |

## MAXIMUM MONTHLY CHARGES PER $1000 FOR ADDITIONAL INSURED'S LEVEL TERM

(STANDARD RATE CLASS)

| AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE |
|---|---|---|---|---|---|---|---|
| 47 | .35 | 57 | .69 | 67 | 1.51 | 77 | 4.24 |
| 48 | .37 | 58 | .73 | 68 | 1.64 | 78 | 4.72 |
| 49 | .40 | 59 | .77 | 69 | 1.77 | 79 | 5.24 |
| 50 | .43 | 60 | .82 | 70 | 1.93 | 80 | 5.84 |
| 51 | .46 | 61 | .88 | 71 | 2.13 | 81 | 6.53 |
| 52 | .49 | 62 | .96 | 72 | 2.38 | 82 | 7.32 |
| 53 | .53 | 63 | 1.05 | 73 | 2.67 | 83 | 8.23 |
| 54 | .57 | 64 | 1.16 | 74 | 3.01 | 84 | 9.22 |

CONTINUED ON NEXT PAGE
PAGE 4

FORM 86040  921109

# P O L I C Y   I D E N T I F I C A T I O N

| | | | |
|---|---|---|---|
| INSURED | GETTYS BRYANT MILLWOOD (MALE) | AGE | 43 |
| POLICY NUMBER | LF-0939-2349 | INITIAL BASIC AMOUNT | RE-ISSUED AS REQUESTED |
| POLICY DATE | MAY 1, 1988 | | |
| ISSUE DATE | MAY 10, 1988 | | |
| ADDITIONAL INSURED | JANE W MILLWOOD (FEMALE) | AGE | 43 |

## S C H E D U L E   O F   B E N E F I T S

BASIC PLAN:
   DEATH BENEFIT OPTION 2 (BASIC AMOUNT PLUS THE CASH VALUE)
   BASIC AMOUNT (STANDARD RATE CLASS-NONSMOKER): $50,000

   MATURITY DATE: MAY 1, 2040

RIDERS:

| FORM DESCRIPTION | INSURANCE AMOUNT | BENEFIT PERIOD ENDS | MONTHLY CHARGE DEDUCTIBLE |
|---|---|---|---|
| 86126 ADDITIONAL INSURED'S LEVEL TERM (STANDARD RATE CLASS) | $50,000 | IN 2030 | TO 2030 |
| 86206 WAIVER OF MONTHLY DEDUCTION | | IN 2005 | TO 2005 |

## S C H E D U L E   O F   P R E M I U M S

PLANNED PREMIUMS ARE INCLUDED IN THE SCHEDULE SHOWN BELOW. THE PAYMENT PERIOD FOR THE PLANNED PREMIUMS IS 1 MONTH STARTING ON JUNE 1, 1988 PAYABLE UNTIL THE MATURITY DATE.
AN EXPENSE CHARGE OF 7.5% IS DEDUCTED FROM EACH PREMIUM PAID.

| BEGINNING: | TOTAL PREMIUMS FOR POLICY YEAR |
|---|---|
| MAY 1, 1989 | $967.44 |

## M O N T H L Y   D E D U C T I O N S

### THE DEDUCTION DATE IS THE 1ST OF EACH MONTH

MAXIMUM MONTHLY COST OF INSURANCE RATES ARE SHOWN ON PAGE 4. COST OF INSURANCE IS DEDUCTIBLE TO THE MATURITY DATE.
THE MONTHLY EXPENSE CHARGE IS $4.00.

NOTE:   INSURANCE MAY TERMINATE PRIOR TO THE MATURITY DATE IF PREMIUMS PAID ARE NOT
        SUFFICIENT TO CONTINUE THE INSURANCE TO THAT DATE.

# SCHEDULE OF SURRENDER CHARGES

| BEGINNING POLICY YEAR | BEGINNING POLICY MONTH | SURRENDER CHARGE | BEGINNING POLICY YEAR | BEGINNING POLICY MONTH | SURRENDER CHARGE |
|---|---|---|---|---|---|
| 1 | 1 | $36.50 | 1 | 11 | $401.50 |
| 1 | 2 | 73.00 | 1 | 12 | 438.00 |
| 1 | 3 | 109.50 | 4 | 1 | 383.25 |
| 1 | 4 | 146.00 | 5 | 1 | 328.50 |
| 1 | 5 | 182.50 | 6 | 1 | 273.75 |
| 1 | 6 | 219.00 | 7 | 1 | 219.00 |
| 1 | 7 | 255.50 | 8 | 1 | 164.25 |
| 1 | 8 | 292.00 | 9 | 1 | 109.50 |
| 1 | 9 | 328.50 | 10 | 1 | 54.75 |
| 1 | 10 | 365.00 | 11 | 1 | .00 |

# COST OF INSURANCE RATES AND MONTHLY CHARGES

## MAXIMUM MONTHLY COST OF INSURANCE RATES
### PER $1000

**(STANDARD RATE CLASS—NONSMOKER)**

| AGE | RATE | AGE | RATE | AGE | RATE | AGE | RATE |
|---|---|---|---|---|---|---|---|
| 43 | .34 | 56 | 1.00 | 69 | 3.16 | 82 | 10.31 |
| 44 | .36 | 57 | 1.09 | 70 | 3.46 | 83 | 11.28 |
| 45 | .39 | 58 | 1.18 | 71 | 3.80 | 84 | 12.33 |
| 46 | .43 | 59 | 1.29 | 72 | 4.19 | 85 | 13.43 |
| 47 | .46 | 60 | 1.40 | 73 | 4.63 | 86 | 14.56 |
| 48 | .50 | 61 | 1.53 | 74 | 5.12 | 87 | 15.72 |
| 49 | .54 | 62 | 1.68 | 75 | 5.64 | 88 | 16.91 |
| 50 | .58 | 63 | 1.84 | 76 | 6.18 | 89 | 18.13 |
| 51 | .64 | 64 | 2.03 | 77 | 6.74 | 90 | 19.41 |
| 52 | .69 | 65 | 2.22 | 78 | 7.33 | 91 | 20.76 |
| 53 | .76 | 66 | 2.43 | 79 | 7.96 | 92 | 22.27 |
| 54 | .83 | 67 | 2.66 | 80 | 8.65 | 93 | 24.08 |
| 55 | .91 | 68 | 2.90 | 81 | 9.43 | 94 | 26.52 |

## MAXIMUM MONTHLY CHARGES PER $1000 FOR ADDITIONAL INSURED'S LEVEL TERM

**(STANDARD RATE CLASS)**

| AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE |
|---|---|---|---|---|---|---|---|
| 43 | .27 | 54 | .57 | 65 | 1.28 | 76 | 3.80 |
| 44 | .29 | 55 | .61 | 66 | 1.39 | 77 | 4.24 |
| 45 | .31 | 56 | .65 | 67 | 1.51 | 78 | 4.72 |
| 46 | .33 | 57 | .69 | 68 | 1.64 | 79 | 5.24 |
| 47 | .35 | 58 | .73 | 69 | 1.77 | 80 | 5.84 |
| 48 | .37 | 59 | .77 | 70 | 1.93 | 81 | 6.53 |
| 49 | .40 | 60 | .82 | 71 | 2.13 | 82 | 7.32 |
| 50 | .43 | 61 | .88 | 72 | 2.38 | 83 | 8.23 |
| 51 | .46 | 62 | .96 | 73 | 2.67 | 84 | 9.22 |
| 52 | .49 | 63 | 1.05 | 74 | 3.01 | | |
| 53 | .53 | 64 | 1.16 | 75 | 3.39 | | |

## MONTHLY CHARGES PER $100 OF MONTHLY DEDUCTION FOR WAIVER OF MONTHLY DEDUCTION

| AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE | AGE | MONTHLY CHARGE |
|---|---|---|---|---|---|---|---|
| 43 | 6.44 | 48 | 10.51 | 53 | 18.98 | 58 | 32.54 |
| 44 | 6.82 | 49 | 11.58 | 54 | 21.78 | 59 | 38.84 |
| 45 | 7.46 | 50 | 12.85 | 55 | 24.77 | | |
| 46 | 8.47 | 51 | 14.33 | 56 | 26.04 | | |
| 47 | 9.49 | 52 | 16.56 | 57 | 28.03 | | |

PRINTED IN U.S.A.

## DEFINITIONS

**We, us,** and **our** refer to State Farm Life Insurance Company.

**You** and **your** refer to the Owner.

**Application.** Includes any life insurance application, any application for change in the policy, medical history, questionnaire, and other documents from you or any other person proposed for insurance which are made a part of this policy.

**Basic Amount.** The Initial Basic Amount plus any increases less any decreases. The Basic Amount cannot be less than $50,000.

**Benefit Period Ends.** The coverage for the benefit extends to, but does not include, the policy anniversary date in the year shown on page 3 under this heading.

**Deduction Date.** The policy date and each monthly anniversary of the policy date.

**Dollars.** Any money we pay, or which is paid to us, must be in United States dollars.

**Effective Date.** Coverage starts on this date.

**Initial Basic Amount.** The amount of coverage on the Insured provided by the Basic Plan on the policy date.

**Insurance Amount.** The amount of coverage on the effective date of each rider shown on page 3.

**Maturity Date.** The policy anniversary when the Insured is age 95.

**Monthly Charge Deductible.** A monthly charge for any rider is deducted as part of the monthly deduction until the policy anniversary in the year shown on page 3.

**Officer.** The president, a vice president, the secretary, or an assistant secretary of State Farm Life Insurance Company.

**Payee.** On the Insured's death, the beneficiaries shown in the application, unless changed. If you cash surrender this policy or the policy matures, the persons that you have named. A payee can be other than a natural person only if we agree.

**Planned Premium.** The premium amount that you have chosen. This amount is shown on page 3 for the payment period that you have chosen.

**Policy Date.** The effective date of this policy.

**Policy Month, Year, or Anniversary.** A policy month, year, or anniversary is measured from the policy date.

**Proceeds.** The amounts payable on the maturity date, cash surrender, or death of the Insured.

**Rate Class.** The underwriting class of the person insured. A rate class will be determined for the Initial Basic Amount and each increase in the Basic Amount.

**Request.** A written request signed by the person making the request. Such request must be sent to and be in a form acceptable to us.

**Rider.** Any benefit, other than the Basic Plan, made a part of this policy.

## OWNERSHIP PROVISIONS

**Owner.** The Owner is as named in the application, unless changed. You may exercise any policy provision only by request and while the Insured is alive.

**Change of Owner.** You may change the ownership of this policy by sending us a request while the Insured is alive. We have the right to request this policy to make the change on it. The change will take effect the date you sign the request, but the change will not affect any action we have taken before we receive the request. A change of owner does not change the beneficiary designation.

## DEATH BENEFIT AND DEATH BENEFIT OPTIONS PROVISIONS

**Death Benefit.**   The amount of death benefit is an amount of insurance based on the death benefit option plus any insurance amounts payable under any riders on the Insured and the part of the cost of insurance for the part of the policy month beyond the Insured's death less any loan, accrued loan interest, and, if the Insured dies during the grace period, the monthly deductions from the start of the grace period.

**Death Benefit Options.**   There are two death benefit options. If you do not choose an option, we will use option 2. The cash value on the date of death is used in determining the amount of insurance.

   **Option 1.**   The amount of insurance will be the greater of (1) the Basic Amount plus 92½% of any premium received since the last deduction date plus interest earned on that amount of premium or (2) a percentage of cash value. Such percentage is based on the Insured's age at the start of the current policy year.

   **Option 2.**   The amount of insurance will be the greater of (1) the Basic Amount plus the cash value or (2) a percentage of cash value. Such percentage is based on the Insured's age at the start of the current policy year.

| Percentage of Cash Value Table | | | |
|------|------------|-----|------------|
| Age | Percentage | Age | Percentage |
| 0-40 | 250% | 60 | 130% |
| 41 | 243% | 61 | 128% |
| 42 | 236% | 62 | 126% |
| 43 | 229% | 63 | 124% |
| 44 | 222% | 64 | 122% |
| 45 | 215% | 65 | 120% |
| 46 | 209% | 66 | 119% |
| 47 | 203% | 67 | 118% |
| 48 | 197% | 68 | 117% |
| 49 | 191% | 69 | 116% |
| 50 | 185% | 70 | 115% |
| 51 | 178% | 71 | 113% |
| 52 | 171% | 72 | 111% |
| 53 | 164% | 73 | 109% |
| 54 | 157% | 74 | 107% |
| 55 | 150% | 75-90 | 105% |
| 56 | 146% | 91 | 104% |
| 57 | 142% | 92 | 103% |
| 58 | 138% | 93 | 102% |
| 59 | 134% | 94 | 101% |

**Change in Basic Amount.**   You may request a change in the Basic Amount once each policy year. The minimum amount of change is $10,000. For any change in Basic Amount, we will send you a revised page 3 to be placed with this policy.

If you request an increase, an application must be completed, evidence of insurability satisfactory to us must be furnished, and there must be enough cash surrender value to make a monthly deduction which includes the cost of insurance for the increase. No increases will be allowed after the policy anniversary when the Insured is age 75. The revised page 3 will show the amount of the increase and its effective date.

If you request a decrease, the Basic Amount remaining after the decrease cannot be less than $50,000. We reserve the right to not accept a request for a decrease in the Basic Amount if such decrease would result in this policy being disqualified as a life insurance contract under any section of the United States Internal Revenue Code, as amended from time to time. Any decrease will first be used to reduce the most recent increase. Then, the next most recent increases will be reduced. Finally, the Initial Basic Amount will be reduced. The revised page 3 will show the amount of decrease and its effective date. The decrease will take effect on the date we receive the request.

**Change of Death Benefit Option.**   You may request a change of death benefit option once each policy year. For a change in death benefit option, we will send you a revised page 3 to be placed with this policy. The revised page will show the effective date of the change.

If the change is to option 1, the Basic Amount will be increased by the cash value. We reserve the right to not accept a request for a change to option 1 if such change would result in this policy being disqualified as a life insurance contract under any section of the United States Internal Revenue Code, as amended from time to time.

If the change is to option 2, the Basic Amount will be decreased by the cash value. However, the Basic Amount cannot be decreased to less than $50,000.

PRINTED IN U.S.A.

## PAYMENT OF BENEFITS PROVISIONS

**Beneficiary Designation.**   This is as shown in the application, unless you have made a change. It includes the name of the beneficiary and the order and method of payment. If you name "estate" as a beneficiary, it means the executors or administrators of the last survivor of you and all beneficiaries. If you name "children" of a person as a beneficiary, only children born to or legally adopted by that person will be included.

We may rely on an affidavit as to the ages, names, and other facts about all beneficiaries. We will incur no liability if we act on such affidavit.

**Change of Beneficiary Designation.**   You may make a change while the Insured is alive by sending us a request. The change will take effect the date the change is signed, but the change will not affect any action we have taken before we receive the request. We have the right to request your policy to make the change on it.

**Order of Payment on the Insured's Death.**
When the Insured dies, we will make payment in equal shares to the primary beneficiaries living when payment is made. If a primary dies after the first payment is made, we will pay that primary's unpaid share in equal shares to the other primaries living when payment is made. If the last primary dies, we will make payment in equal shares to the successor beneficiaries living when payment is made. If a successor dies while receiving payments, we will pay that successor's unpaid share in equal shares to the other successors living when payment is made. If, at any time, no primary or successor is alive, we will make a one sum payment in equal shares to the final beneficiaries. If, at any time, no beneficiary is living, we will make a one sum payment to you, if living when payment is made. Otherwise, we will make a one sum payment to the estate of the last survivor of you and all beneficiaries. "When payment is made" means (1) the date that a periodic payment is due or (2) the date that a request is signed for a cash withdrawal or a one sum payment. You may change this order of payment by sending us a request while the In-

sured is alive.

**Methods of Payment.**   We will pay the proceeds under the Interest method unless you choose another method. If the payee is other than a natural person, we will make payment under the One Sum method.

All payment intervals are measured from the date the policy is surrendered or from the date the Insured dies. No part of any payment can be assigned before the payment is made.

After the Insured's death, anyone who has the right to make a withdrawal may change the method of payment and may name a successor to their interest. The successor payee may be their estate.

**Method 1 (Interest Method).**   We will pay interest at the end of each monthly interval. The interest rate will be at least 4½% a year. If chosen, we will pay interest at the end of 3, 6, or 12 month intervals. Withdrawals may be made at any time, but any withdrawal must be at least $500. We will pay interest to the date of withdrawal on the amount withdrawn.

**Method 2 (Fixed Years Method).**   We will make equal payments at the end of each monthly interval for a fixed number of years. These payments include interest. The guaranteed interest rate is 4½% a year. The present value of any unpaid payments may be withdrawn at any time.

### FIXED YEARS TABLE
Monthly payments that $1000 will provide for the number of years chosen. Payments for years not shown will be given, if requested.

| Years | Payments | Years | Payments |
|---|---|---|---|
| 1 | $85.34 | 8 | $12.38 |
| 2 | 43.61 | 9 | 11.23 |
| 3 | 29.71 | 10 | 10.32 |
| 4 | 22.76 | 15 | 7.60 |
| 5 | 18.60 | 20 | 6.28 |
| 6 | 15.83 | 25 | 5.51 |
| 7 | 13.86 | 30 | 5.01 |

## PAYMENT OF BENEFITS PROVISIONS (CONTINUED)

**Method 3 (Life Income Method).**  We will make equal payments at the end of each monthly interval as long as the payee is alive. We base the amount of each payment on the payee's age and sex at the start of the first monthly interval. We may require proof of the payee's age and sex. The payee may not withdraw the present value of the payments. If the payee dies during a certain period, we will continue the payments to the end of the certain period; or the successor payee may have the present value of any remaining payments paid in one sum.

### LIFE INCOME TABLE

Monthly payments for life that $1000 will provide. Payments for ages not shown will be given, if requested.

| Age Last Birthday | Life | | Life with 10 Years Certain | |
|---|---|---|---|---|
| | Male | Female | Male | Female |
| 50 | $5.06 | $4.81 | $5.02 | $4.78 |
| 55 | 5.47 | 5.14 | 5.40 | 5.09 |
| 60 | 6.03 | 5.57 | 5.89 | 5.48 |
| 65 | 6.82 | 6.16 | 6.56 | 6.01 |
| 70 | 7.99 | 7.02 | 7.42 | 6.71 |
| 75 | 9.80 | 8.30 | 8.44 | 7.61 |

**Method 4 (Fixed Amount Method).**  We will make equal payments at the end of 1, 3, 6, or 12 month intervals. We will continue payments until the amount put under this method together with compound interest has been paid. The interest rate will be at least 4½% a year. The payment interval chosen must provide a total annual payment of at least $100 for each $1000 put under this method. The unpaid balance may be withdrawn at any time.

**Method 5 (Joint Life Income Method).**  We will make equal payments at the end of each monthly interval as long as at least one of the two payees is alive. We will base each payment on the age and sex of both payees at the start of the first monthly interval. We may require proof of the age and sex of each payee. The payees may not withdraw the present value of any payments.

### JOINT LIFE INCOME TABLE

Monthly payments that $1000 will provide as long as at least one of the two payees is alive. Payments for age combinations not shown will be given, if requested.

| Age Last Birthday Male | Female | | | |
|---|---|---|---|---|
| | 60 | 65 | 70 | 75 |
| 60 | $5.07 | $5.30 | $5.51 | $5.69 |
| 65 | 5.22 | 5.54 | 5.87 | 6.17 |
| 70 | 5.34 | 5.75 | 6.21 | 6.71 |
| 75 | 5.43 | 5.91 | 6.51 | 7.22 |

**Method 6 (One Sum Method).**  We will pay the cash surrender value or the proceeds in one sum. Interest at the rate of at least 4½% a year will be paid from the date of the Insured's death to the date of payment.

**Method 7 (Other Method).**  Payment by any other method may be made if we agree.

**Minimum Payment.**  If any payment, except the last, under a method of payment would be less than $100 per payee, we will pay the present value of any unpaid payments in one sum.

**Basis of Computation for Payments.**  The monthly payments shown for methods 3 and 5 are guaranteed payments based on the 1971 Male Individual Annuity Mortality Table projected to 2025 using Projection Scale B and an interest rate of 4½% a year.

Any present values will be based on the interest rate used in determining the payments for the method.

**Additional Amounts Payable.**  Each year we may apportion and pay dividends or additional interest under any method of payment.

PRINTED IN U.S.A.

## PREMIUM PROVISIONS

**Payment of Premiums.** You may pay premiums at our Home Office, a regional office, or to one of our agents. We will give you a receipt signed by one of our officers, if you request one.

The initial premium is shown on page 3 and is due on the policy date. All other premiums may be paid in any amount and at any time if:
(1) the amount is at least $25 and
(2) in a policy year, the total premiums, excluding the initial premium, do not exceed without our consent, the total Planned Premiums for a policy year.

**Premium Limitations.** We reserve the right to refund any premium paid if such premium amount would result in this policy being disqualified as a life insurance contract under any section of the United States Internal Revenue Code, as amended from time to time. No expense charge will be deducted from the refunded premium.

**Grace Period.** If, on any deduction date, the cash surrender value is not enough to cover the monthly deduction, the policy will stay in force until the end of the grace period. The grace period is 61 days and starts on that deduction date. We will mail a notice at least 31 days prior to the end of the grace period to you and to any assignee of record. A premium large enough to cover the monthly deductions for the grace period and any increase in the surrender charges must be paid before the end of the grace period; otherwise, this policy will lapse and terminate without value.

**Reinstatement.** If the policy is terminated at the end of the grace period, you may apply to reinstate it within 5 years after lapse. You must give us proof of the Insured's insurability that is satisfactory to us. You must pay premiums (1) to keep the policy in force for 2 months and (2) to pay the monthly deductions for the grace period. Reinstatement will take effect on the date we approve the application for reinstatement.

## GUARANTEED VALUES PROVISIONS

**Cash Value.** The cash value on the policy date is 92½% of the initial premium less the monthly deduction for the first policy month.

The cash value on any deduction date after the policy date is the cash value on the prior deduction date:
(1) plus 92½% of any premiums received since the prior deduction date,
(2) less the deduction for the cost of insurance for any increase in Basic Amount and the monthly charges for any riders that became effective since the prior deduction date,
(3) less any withdrawals since the prior deduction date,
(4) less the current monthly deduction,
(5) plus any dividend paid and added to the cash value on the current deduction date, and
(6) plus any interest accrued since the prior deduction date.

The cash value on any other date is the cash value on the prior deduction date:
(1) plus 92½% of any premiums received since the prior deduction date,
(2) less the deduction for the cost of insurance for any increase in Basic Amount and the monthly charges for any riders that became effective since the prior deduction date,
(3) less any withdrawals since the prior deduction date, and
(4) plus any interest accrued since the prior deduction date.

**Monthly Deduction.** This deduction is made each month, whether or not premiums are paid, as long as the cash surrender value is enough to cover that monthly deduction. Each deduction includes:
(1) the cost of insurance,
(2) the monthly charges for any riders, and
(3) the monthly expense charge.

## GUARANTEED VALUES PROVISIONS (CONTINUED)

**Cost of Insurance.**    This cost is calculated each month. The cost is determined separately for the Initial Basic Amount and each increase in Basic Amount.

The cost of insurance is the monthly cost of insurance times the difference between (1) and (2), where:
  (1)  is the amount of insurance on the deduction date at the start of the month divided by 1.0032737, and
  (2)  is the cash value on the deduction date at the start of the month before the cost of insurance and the monthly charge for any waiver of monthly deduction benefit rider are deducted.

Until the cash value exceeds the Initial Basic Amount, the cash value is part of the Initial Basic Amount. Once the cash value exceeds that amount, if there have been any increases in Basic Amount, the excess will be part of the increases in order in which the increases occurred.

**Monthly Cost of Insurance Rates.**    These rates for each policy year are based on the Insured's age on the policy anniversary, sex, and applicable rate class. A rate class will be determined for the Initial Basic Amount and for each increase. The rates shown on page 4 are the maximum monthly cost of insurance rates for the Initial Basic Amount. Maximum monthly cost of insurance rates will be provided for each increase in the Basic Amount. We can charge rates lower than those shown. Such rates can be adjusted for projected changes in mortality but cannot exceed the maximum monthly cost of insurance rates. Such adjustments cannot be made more than once a calendar year.

**Interest.**    An interest rate of at least 4% a year will be applied to the cash value. The rate applied to the amount of cash value up to the amount of any loan may differ from the rate applied to the cash value in excess of the amount of any loan. We will determine these rates at least once a year.

Part of the interest may be forfeitable if you make a withdrawal or surrender this policy. Any forfeitable interest will not exceed interest credited to the cash value in excess of 4% a year for a 6-month period prior to the date of withdrawal or surrender.

**Cash Surrender Value.**    You may request surrender of this policy at any time. This policy will terminate when we receive the request. We will pay you the cash surrender value plus the monthly deduction for the part of the policy month beyond the date of surrender in one sum unless you choose another method of payment. The cash surrender value of this policy is its cash value less any surrender charge, any forfeitable interest, and any loan and accrued loan interest. The cash surrender value on the maturity date will be the cash value on that date less any loan and accrued loan interest. The cash surrender value will not be less than zero. If this policy is surrendered within 31 days after a policy anniversary, the cash surrender value will not decrease within that period except for any loans or withdrawals. We may defer paying you the cash surrender value for up to 6 months after receiving your request.

**Surrender Charge.**    The schedule of surrender charges is shown on page 4. For each increase in Basic Amount, additional surrender charges will apply. The revised page 4 will show a revised schedule of surrender charges which includes those additional charges.

Upon reinstatement, the surrender charges will be adjusted for any surrender charge deducted at the time of lapse. The revised page 4 will show a schedule of the adjusted surrender charges.

**Withdrawals.**    You may request to withdraw part of the cash value while this policy is in force. No more than 4 withdrawals can be made in any policy year. Any withdrawal must be at least $500 and must be less than the cash surrender value. Any forfeitable interest will be deducted from the amount withdrawn. We may defer paying you a withdrawal for up to 6 months unless the withdrawal is to pay premiums on other policies with us.

If death benefit option 1 is in effect, then the Basic Amount will be reduced by the withdrawal, effective with the date of the withdrawal; however, no withdrawal can be made which will reduce the Basic Amount to less than $50,000. The reduction will be made as if a decrease in the Basic Amount had been requested.

PRINTED IN U.S.A.

## GUARANTEED VALUES PROVISIONS (CONTINUED)

**Paid-up Insurance.** You may request that this policy be continued as paid-up endowment at age 95 insurance. The amount of paid-up insurance will be determined based on the cash value, an interest rate of 4% a year, and the maximum monthly cost of insurance rates. If more than one rate class applies to this policy, the rate class for the Initial Basic Amount will be used.

**Basis of Computation.** The guaranteed values in this policy are at least as large as those required by law in the state where it is delivered. The insurance authority there has a statement of how these values are determined.

The guaranteed values and maximum cost of insurance rates are based on the Insured's age last birthday and sex. The interest rate is 4% a year. The Commissioners 1980 Standard Ordinary Mortality Table is used. Modifications are made for rate classes other than standard.

## POLICY LOAN PROVISIONS

**Loan.** You may borrow against this policy. This policy is the sole security for such loan. We may defer a loan for up to 6 months after receiving your request unless the loan will be used to pay premiums on other policies with us.

You may borrow the loan value less any existing loan and accrued interest. If your unpaid loan plus accrued interest exceeds the loan value on the monthly deduction date, the Grace Period provision will apply.

**Loan Value.** The loan value is the cash value of this policy less the surrender charge and any forfeitable interest.

**Loan Interest.** Interest accrues and is payable each day at a rate of 8% a year. Any interest not paid is added to the loan on each policy anniversary.

**Loan Repayment.** You may repay all or part of a loan at any time before the Insured dies or the policy is surrendered or terminated.

## GENERAL PROVISIONS

**The Contract.** The policy contains the Basic Plan, any amendments, endorsements, and riders, and a copy of the application. A copy of any application for a change to this policy will be sent to you to be placed with the policy. Such applications become part of this policy. The policy is the entire contract. We have relied on the statements in the application in issuing this policy. We reserve the right to investigate the truth and completeness of those statements. In the absence of fraud, they are representations and not warranties. Only statements in the application will be used to rescind this policy or deny a claim.

Only an officer has the right to change this policy. No agent has the authority to change the policy or to waive any of its terms. All endorsements, amendments, and riders must be signed by an officer to be valid.

**Annual Report.** Each year, we will send you a report. This report will show:
(1) the cash value, the cash surrender value, any loan and accrued loan interest, and the amount of the death benefit as of the date of the report and
(2) any premiums paid, any deductions made, and any withdrawals made since the last report.

**Projection of Benefits and Values.** You may request a projection of death benefits, cash values, and cash surrender values. We may charge a reasonable fee for providing this projection.

## GENERAL PROVISIONS (CONTINUED)

**Annual Dividends.**    We do not expect to pay dividends on the Basic Plan; however, we may apportion and pay dividends each year. Any such dividends will be paid at the end of the policy year.

**Dividend Options.**    You may choose to have your dividend used under one of these options:

    1.    **Cash.**    We will pay it to you in cash.

    2.    **Addition to Cash Value.**    We will add it to the cash value on the policy anniversary.

If you do not choose an option or the option you choose is not available, we will use option 2. You may request to change the option. The change will apply only to dividends paid after we receive the request.

**Assignment.**    You may assign this policy or any interest in it. We will recognize an assignment only if it is in writing and filed with us. We are not responsible for the validity or effect of any assignment. An assignment may limit the interest of any beneficiary.

**Error in Age or Sex.**    If the Insured's date of birth or sex is not as stated in the application, we will adjust each benefit on the Insured to the benefit payable had the Insured's age and sex been stated correctly. Such adjustment will be based on the ratio of the correct monthly deduction for the most recent deduction date for that benefit to the monthly deduction that was made.

For the Basic Plan, the adjustment is made to the amount of insurance less the cash value.

**Incontestability.**    We will not contest the Basic Plan as to statements made in the application after 2 years from the issue date of the policy. We will not contest any increase in Basic Amount or reinstatement after 2 years from the effective date of the increase in Basic Amount or reinstatement. We will not contest an increase due to a change to Death Benefit Option 1. Any contest of any increase in Basic Amount or reinstatement will be limited to material statements contained in the application for such increase or reinstatement.

**Limited Death Benefit.**    If the Insured dies by suicide while sane or by self-destruction while insane within 2 years from the issue date of the policy, the Basic Amount will not be paid. The proceeds in this case will be limited to the premiums paid on the Basic Plan less any loan, accrued loan interest, any withdrawals from the cash value, and any dividends paid on the Basic Plan.

Any increase in Basic Amount will not be paid if the Insured's death results from suicide while sane or self-destruction while insane within 2 years from the effective date of such increase. The proceeds of the increase will be limited to the monthly deductions for the increase. This does not apply to an increase due to a change to Death Benefit Option 1.

PRINTED IN U.S.A.

## ADDITIONAL INSURED'S LEVEL TERM LIFE INSURANCE BENEFIT RIDER

**General.** This rider is part of your policy. It is based on the application for this rider and the deduction of the monthly charges for this rider. Only certain policy provisions are a part of this rider. They are "Definitions," "Ownership," "Payment of Benefits," "Grace Period," "Reinstatement," "Monthly Deduction," "Dividend," "The Contract," "Assignment," and "Error in Age or Sex." "Ownership" is modified by "Ownership Modification." "Additional Insured" is used in place of "Insured" in the Reinstatement and Error in Age or Sex provisions when they apply to this rider. The Additional Insured is named on page 3.

**Additional Insured's Level Term Life Insurance Benefit.** The amount is shown on page 3 of the policy. This amount will be paid when due proof is received that the Additional Insured died before this rider terminated.

**Monthly Charges for This Rider.** The maximum monthly charges for this rider are shown per $1000 on page 4. The charges for each policy year are based on the Additional Insured's age on the policy anniversary, sex, and rate class for this rider. We can use charges lower than those shown. Such charges can be adjusted for projected changes in mortality but cannot exceed the maximum monthly charges. Such adjustments cannot be made more than once a calendar year.

**Ownership Modification.** If the Insured is the Owner, the Additional Insured will become the Owner when the Insured dies.

**Beneficiary.** When the Additional Insured dies, we will make payment to you, if then living. Otherwise, we will make payment in equal shares to any surviving children born to or legally adopted by the Insured and Additional Insured if they were husband and wife. Otherwise, we will make payment to the Additional Insured's estate. We will make the payment in one sum. You may request that this provision be changed.

**Conversion.** While this rider is in force, you may request to convert this rider to a new policy on the Additional Insured. The conversion must

occur on or before the policy anniversary when the Additional Insured is age 75. The request must include this policy and the first premium for the new policy. The new policy becomes effective when we receive that request. Coverage under this rider will terminate when the new policy becomes effective. Pages 3 and 4 of the policy will then be revised.

If the Insured dies while this rider can be converted, the request to convert must be received within 90 days after the Insured dies. The effective date of the new policy will be the day after the end of the 90-day period. Coverage continues until the end of that period.

The new policy will be subject to the following conditions at the time of conversion:

(1) It must be a whole life plan then available. At least one plan will be made available.
(2) The amount of insurance can be no more than the amount then provided by this rider.
(3) The premium will be based on the Additional Insured's attained age, sex, and rate class. The rate class will be the same as for this rider.
(4) All limitations of this rider will be part of the new policy.
(5) The Incontestability and Limited Death Benefit provisions in the new policy will not extend beyond the period set by this rider.

**Termination.** This rider will terminate on the earlier of the policy anniversary shown under Benefit Period Ends on page 3 or the policy anniversary when the Additional Insured is age 85. We will terminate this rider before either of those dates (1) when this rider is converted, (2) when the policy is terminated by surrender or lapse, or (3) 90 days after the Insured's death.

You may request termination of this rider. You must send us the request and the policy. This rider will terminate on the date the request and the policy are received. We will revise pages 3 and 4 of the policy to show this change.

PRINTED IN U.S.A.

## WAIVER OF MONTHLY DEDUCTION BENEFIT RIDER

**General.** This rider is part of your policy. It is based on the application for this rider and the deduction of the monthly charges for this rider. Only certain policy provisions are a part of this rider. They are "Definitions," "Ownership," "Death Benefit and Death Benefit Options," "Grace Period," "Reinstatement," "Monthly Deduction," "The Contract," "Assignment," and "Error in Age or Sex."

**Monthly Charge for This Rider.** The monthly charge is (1) times (2) where:
- (1)  is the total monthly deduction to which this benefit applies before the monthly charge for this rider is added and
- (2)  is the monthly charge for this rider per dollar of monthly deduction. The charges per dollar of monthly deduction are shown on page 4.

**Waiver of Monthly Deduction Benefit.** If the Insured becomes totally disabled while this rider is in force and such total disability has existed for 6 continuous months during the lifetime of the Insured, we will waive monthly deductions for this policy as defined below as long as the total disability continues. We will only waive monthly deductions on deduction dates on and after total disability starts. Any monthly deductions made after the total disability starts will be added to the cash value, with interest; however, no monthly deduction will be included which was deductible more than one year prior to the date we receive notice of the claim. If Death Benefit Option 1 is in effect, it will be automatically changed to Death Benefit Option 2. The effective date of the death benefit option change will be the date we start to waive monthly deductions.

The monthly deduction that will be waived includes only those portions of the total monthly deduction for which a charge for this rider was deducted on the deduction date on or just prior to the date total disability starts.

If part of the monthly deduction that is being waived is for the cost of insurance on the Basic Amount, any increase in its surrender charges

that would occur while the total disability continues will be waived.

**Total Disability Defined.** Total disability is a condition caused by injury or disease. During the first 24 months, this condition must prevent the Insured from performing substantially all of the work of the Insured's regular occupation. After the first 24 months, the condition must prevent the Insured from working in any occupation for which the Insured is, or becomes, reasonably qualified based upon education, training, or experience. The Insured's total and irrecoverable loss, caused by injury or disease, of any of the following will be considered total disability even if the Insured is able to work:
- (1)  sight in both eyes.
- (2)  use of both hands.
- (3)  use of both feet.
- (4)  use of one hand and one foot.

**Disabilities Not Covered.** We will not waive monthly deductions if total disability:
- (1)  starts before the issue date of this rider unless such disability was disclosed in the application,
- (2)  starts before the policy anniversary when the Insured is age 5,
- (3)  results from an intended self-injury, or
- (4)  results from any act due to war whether or not the Insured is in the military service. "War" means declared or undeclared war or conflict involving the armed forces of one or more countries, governments, or international organizations.

**Notice and Proof of Total Disability.** We must receive notice of a claim and due proof of total disability while the Insured is alive and totally disabled. If this is not done, you should submit such notice and proof as soon as reasonably possible. We may also require you to submit proof of the Insured's continuing total disability at reasonable intervals. If you do not submit proof when we require it, no further monthly deductions will be waived. We will not require proof more than once a year after the total disability has lasted more than 2 years.

04/17/2012  10:55     8644724999                    BRADEY*FOWLER INS DF                    PAGE  01/01

Part (E)

## Change of Beneficiary
A separate form is required for each insured person whose beneficiary is to be changed

To: ☒ State Farm Life Insurance Company          ☐ State Farm Life and Accident Assurance Company
Re  Policy Numbers **0939-2349**          Name of Insured  **G. Bryant Millwood**

This change is applied to
☐ Principal Insured     ☐ Additional Insured     Name of Additional Insured _____

I request payment of any sum payable on the insured person's death be made as shown below  Payment will be subject to any assignment
provisions for payment upon the insured person's death are revoked, when this request is recorded  For Additional Insured's or Children's
rider's beneficiary provisions are revoked, and the policy's beneficiary provisions will control  "Additional Insured"  "Insured Child" or "Annu
used in place of "Insured"

COMPLETE SECTIONS FOR ALL BENEFICIARIES, EVEN IF UNCHANGED, GIVING THE FULL NAME, DATE OF BIRTH, ADDRESS
from the insured's) AND RELATIONSHIP TO THE INSURED PERSON FOR EACH. Please type or print in ink and initial any cross-o

### Beneficiaries

Primary - Name, Date of Birth, Relationship, Address, Taxpayer Identification Number (if available)

**Sondra D. Peeler  (same)(just got married)**

Successor - Name, Date of Birth, Relationship, Address, Taxpayer Identification Number (if available)

**Same**

The change will take effect in accordance with policy provisions, but the change will not affect any action we may have taken before we receiv
request  If the policy requires endorsement, mailing an acknowledgment of the beneficiary change to me will serve as the endorsement

Special Provisions: The Company will not be responsible for use of any sum payable by a trustee or authorized representative of a benefic
Payment to a trustee or authorized representative of a beneficiary will fully discharge all liability of the Company to the extent of such paymer
- If a trust is not in force, or if qualifying conditions for trust under will are not met, payment will be made to the succeeding  beneficiary, if any
- Qualifying Conditions for Trust under Will  The Will must be admitted to Probate within 180 days after insured person's death  and trustee r
within 1 year after insured person's death

Unless changed by this request:
- Two or more surviving beneficiaries of a class will share equally.
- If children of a person are named as a class, only children born to or legally adopted by that person will be included as beneficiaries
- Any beneficiary to whom "time clause" applies will be deemed not to have survived the insured person if that beneficiary is not living on the
  after insured person's death.

Signature of
Policyowner   **V Bryant Millwood**          Date **04/12/12**

City _____  State _____  ZIP Code _____

Signature of
Agent or Witness   **Judy S. Clifford**          Date **4/17/12**

Agent's Code Stamp
**W.BRADEY          40-1786**
**FIRE 40**
**UPSTATE EAST FAFO          F897**

104844 13   08/18-2008                    Page 6 of 10

13ch1210800442

**STATE FARM LIFE INSURANCE COMPANY**

**APPLICATION FOR LIFE INSURANCE**

1ST COPY
PAGE 1

**1a Proposed Insured 1** (Print name in full) S

| | | |
|---|---|---|
| MR ☑ MS ☐ | LAST NAME Millwood | FIRST NAME Gettys | MIDDLE INITIAL Bryant |

b APPLICATION NO. 6192   DRIVERS LICENSE NUMBER & STATE 1515484 SC

c MAIL ADDRESS 1010 Berry Drive

Spartanburg   SC   ZIP CODE 29303

d SEX M   HEIGHT 5'11   WEIGHT 200   MARITAL STATUS Married

e DATE OF BIRTH   STATE OF BIRTH South Carolina   U.S. OR CANADIAN CITIZEN YES ☑ NO ☐

f OCCUPATION (GIVE EXACT DUTIES) Deputy Sheriff

g EMPLOYER'S NAME AND ADDRESS S.C. Hwy Dept.

**2a Proposed Insured 2** (Additional Insured or Payor)

| | | |
|---|---|---|
| MR ☐ MS ☑ | LAST NAME Millwood | FIRST NAME Jane | MIDDLE INITIAL W |

b APPLICATION NO. 0186   DRIVERS LICENSE NUMBER & STATE SC

c SEX F   HEIGHT 5'   WEIGHT 130   MARITAL STATUS Married

d DATE OF BIRTH   STATE OF BIRTH S.C.   U.S. OR CANADIAN CITIZEN YES ☑ NO ☐

e OCCUPATION (GIVE EXACT DUTIES) Deputy Sheriff

f EMPLOYER'S NAME AND ADDRESS S.C. Hwy Dept.

**3a Applicant's Name** (If not Proposed Insured 1, print name in full)

LAST NAME   FIRST NAME   MIDDLE INITIAL

SOC. SEC. OR TAX IDENTIFICATION NO.   If mailing address not same as Proposed Insured 1, provide in Explanations.

b If Proposed Insured 1 is under age 16, name who is to succeed the Applicant as Owner. (Print name in full)

c If Proposed Insured 1 is under age 16, check here if Proposed Insured 1 is **NOT** to be Owner at and after age 21. ☐

**4** If the application is for a change in a State Farm policy, give the policy number. 0939 2349

**5** (Note: If Universal Life do **NOT** complete questions 5-7)

a **Basic Amount** and **Plan** applied for:

| | | YRS. | INT. |
|---|---|---|---|
| | CD | MTG | |

b **Riders** applied for: (Check Ratebook for availability of riders on policies)

| | AMOUNT | | AMOUNT |
|---|---|---|---|
| ☐ AD | | ☐ 10 YR RT | |
| ☐ G/O | AMOUNT | ☐ 1 YR RT | AMOUNT |
| ☐ CTR | | ☐ 2 YR RT | |
| | UNITS | YRS. | INT. |
| ☐ PAYOR | | MTG | AMOUNT |
| ☐ MTG | INT. | AMOUNT | ☐ 10 YR RT | AMOUNT |
| ☐ 8 YR RT | | AMOUNT | ☐ 1 YR RT | AMOUNT |

1 - COMPLETE QUESTIONS 13 & 14
2 - COMPLETE QUESTIONS FOR PROPOSED INSURED 2

**6 Dividend Option** - If the option chosen is not available or no option is chosen, policy provisions determine the option.

☐ Paid-up Additions   ☐ Accumulate   ☐ Reduce Premium
☐ Cash Payment   ☐ Fifth Dividend Option

**7** Do you want the Automatic Premium Loan provision to apply, if available?   YES ☐   NO ☐

**8 UNIVERSAL LIFE**

a Initial Basic Amount   100,000

b Death Benefit Option: (COMPLETE FOR NEW POLICY OR TO CHANGE THE DEATH BENEFIT OPTION)
If option not chosen, policy provisions determine option.
☑ 1-Basic Amount   ☐ 2-Basic Amount plus Cash Value

c Riders applied for:

| | AD | | GIO | AMOUNT |
|---|---|---|---|---|
| ☐ CTR | | AMOUNT | | |
| | UNITS | KEY TERM | AMOUNT 100,000 | WAIVER OF MONTHLY DEDUCTION (FOR DISABILITY) |

1 - COMPLETE QUESTIONS 13 & 14   2 - COMPLETE QUESTIONS FOR PROPOSED INSURED 2

d Dividend Option: If option not chosen, policy provisions determine option.   ☑ Addition to Cash Value   ☐ Cash Payment

e Planned Premium:
(1) Mode of Payment   ☐ ANNUAL   ☑ SAC   ☐ OTHER SPEC. MO.
(AMOUNT TO BE BILLED EACH PAYMENT DATE)
(2) Amount

f Increase or Decrease in Basic Amount (DO NOT COMPLETE FOR NEW POLICY)
Amount of Increase 50,000   Amount of Decrease

2-31-2802.2

---

Note: For a decrease in Basic Amount or a change in Death Benefit Option under a Universal Life policy, it is NOT necessary to complete questions 9-21.

**9 Beneficiary Designation Proposed Insured 1**
Completion of this section will replace **all** previous rider and policy designations for this policy.

PRIMARY-FULL NAME Jane Millwood   AGE 47   RELATIONSHIP Wife
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain

SUCCESSOR-FULL NAME Tina A. Bishop   AGE 30   RELATIONSHIP Daughter
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain

FINAL-FULL NAME Lyndon Beau Millwood   AGE 27   RELATIONSHIP Son
☐ One Sum Settlement Only

If a beneficiary survives the Insured, any payment to successor will be one sum, unless changed.

**10 Beneficiary Designation for Proposed Insured 2**
(Complete for Additional Insured's rider only if Beneficiary in the rider is NOT desired.) If a Change of Plan, this will replace previous designations. If this section is completed, the Payment of Benefit Provisions of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of "Insured."

PRIMARY-FULL NAME Gettys Bryant Millwood   AGE 47   RELATIONSHIP husband
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain

SUCCESSOR-FULL NAME Tina A. Bishop   AGE 30   RELATIONSHIP Daughter
☐ Interest Option or  ☐ One Sum or  ☐ Other-Explain

FINAL-FULL NAME Lyndon Beau Millwood   AGE 27   RELATIONSHIP Son
☐ One Sum Settlement Only

If a beneficiary survives the Additional Insured, any payment to successor will be one sum, unless changed.

| | | PROPOSED INSURED 1   2 |
|---|---|---|
| **11a** Do you have personal and business life insurance of $125,000 or more? (If yes, give amounts and details) | YES NO | ☑☐ ☐☐ |
| **b** Do you have accidental death insurance excluding group? (If yes, and AD applied for, give amount) | | ☐☐ ☐☐ |
| **c** Will this policy replace or change insurance or annuities you now have? (If yes, explain) | | ☐☑ ☐☐ |
| **d** Are you now applying for life or health insurance with any other company? (If yes, state companies & amounts) | | ☐☑ ☐☐ |
| **e** Do you plan to leave or travel from the United States or Canada in the next 6 months? (If yes, explain) | | ☐☑ ☐☐ |

**12** If Proposed Insured 1 is under age 16, give the amount of life insurance in force on Father
and on Mother (If none, so indicate)

(COMPLETE QUESTIONS 13 & 14 ONLY IF CTR IS APPLIED FOR)

**13** Children under age 18 (Birthday basis) (If None, so state)

| NAME (IF LAST NAME DIFFERENT EXPLAIN) | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTH DATE MO. DAY YR. | AMOUNT NOW INSURED FOR |
|---|---|---|---|
| | | | $ |

**14** Have any children named above: (If yes, explain)

| | YES | NO |
|---|---|---|
| **a** been a patient in a hospital, clinic, or emergency room within the last 3 years? | ☐ | ☐ |
| **b** had treatment or advice from a doctor within the last 3 years? | ☐ | ☐ |
| **c** had asthma, epilepsy, diabetes, cancer or leukemia? | ☐ | ☐ |
| **d** had a birth defect, mental disorder, or impairment of sight, hearing, or speech? | ☐ | ☐ |

PRINTED IN U.S.A.

**APPLICATION FOR LIFE INSURANCE**

1ST COPY
PAGE 2

| | PROPOSED INSURED |
|---|---|
| | 1 YES NO | 2 YES NO |

**15  Have you ever:** (If yes, explain)
*a been unable to obtain life or health insurance at the plan, amount, or rate applied for?  ☐☐ ☐☐
b been rejected by or discharged from the armed forces for mental or physical reasons?  ☑☐ ☐☐
c applied for or received disability benefits?  ☑☐ ☐☐
*d had an impairment or loss of sight, hearing, or limb?  ☐☑ ☐☑

**16  Have you, in the last 10 years, had or been treated for:** (If yes, circle and explain)
a mental, nervous, convulsive, or epileptic disorder?  ☐☑ ☐☐
b pneumonia, emphysema or asthma?  ☐☐ ☐☑
*c high blood pressure or stroke?  ☑☐ ☐☑
*d heart murmur, chest pain, or heart attack?  ☐☑ ☐☑
*e tumor, cancer, or lymph gland disorder?  ☐☑ ☐☑
f diabetes, arthritis, venereal or kidney disease?  ☐☑ ☐☑
g chronic diarrhea, unexplained weight loss, ulcer, colitis, liver or intestinal disorder?  ☐☑ ☐☐
h anemia, immune deficiency or other blood disorder?  ☐☐ ☐☐
i recurrent fever, fatigue or night sweats?  ☐☑ ☐☑

**17  Have you, in the last 5 years:** (If yes, explain)
a used cocaine, marijuana, hallucinogenic drugs or narcotics not prescribed by a physician?  ☐☐ ☐☐
b been treated or counseled, or been advised to seek treatment or counsel, for alcohol or drug use?  ☐☐ ☐☐

**18  Have you, in the last 5 years, for any reason not previously explained:**
a had treatment or advice from any doctor?  ☑☐ ☑☐
b had treatment or advice from any psychiatrist or psychologist?  ☐☑ ☐☑
c been a patient in a hospital or emergency room?  ☑☐ ☐☑
d taken prescribed medication? (If yes, list and explain)  ☑☐ ☐☑
e had surgery or been told surgery was necessary?  ☑☐ ☐☑

**19  Have you, in the last 3 years:** (If yes, explain)
a flown as a pilot, crew member, or student pilot in aircraft such as an airplane, helicopter, glider, or ultralight? Or, is such activity planned in the next 6 months?  ☐☐ ☐☑
*b engaged in avocations such as mountain or rock climbing, vehicle racing, scuba, skin, or sky diving? Or, is such activity planned in the next 6 months?  ☐☐ ☐☑
c had your drivers license suspended or revoked, had 3 or more moving violations, had 2 or more chargeable accidents, or been charged with driving under the influence of alcohol or drugs?  ☐☑ ☐☑

**20a Do you now smoke cigarettes?**  ☐☑ ☐☑
If yes, give number smoked per day  15
b Did you previously smoke and quit?  ☑☐ ☐☑
If yes, give date last smoked (Mo/Yr)
c Are you using tobacco in any other form?  ☐☑ ☐☑
If yes, specify.

**21  Family History**
a Is your father, mother or any brother or sister deceased? (If yes, identify family member and give the age at death and cause)  ☑☐ ☑☐
b Has your father, mother or any brother or sister ever had diabetes, cancer, kidney disease or mental illness? Have any had high blood pressure, stroke or heart disease before age 60? (If yes, explain and identify family member)  ☐☑ ☐☑

*AGENT- If yes, it may be advisable not to collect money or give a Binding Receipt-Consult Agents Service for specific instructions.

**22  Explanations:** (If space below is insufficient, use additional sheets, which will be part of this Application. Sheets must be signed and dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.)

| QUESTION NUMBER | NAME OF PERSON | NATURE AND SEVERITY OF CONDITION FREQUENCY OF ATTACKS - TREATMENTS RECEIVED | DATES ONSET / RECOVERY | NAME & ADDRESS OF MEDICAL ATTENDANTS AND HOSPITALS |
|---|---|---|---|---|
| 16C18A, 18D | Jane | High Blood Pressure | /52 / Still | Dr. Johnson Family PHY Spartanburg |
| 18AC+E | Gettys | Motor Cycle Accident | 2/88 / 68? | Dr. Bruckenburk Black Mary Hos. Dr. Belles ) General physicals Westgate Family PHY |
| 21A+B | Jane | Father died 1/92 age 76 lung cancer | | |
| 21A+B | Gettys | Father died 1/70 age 57 heart attack | | |
| | | Mother died 1/73 age 59 natural causes | | |

Coverage will be effective as of the policy date, if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are all living on the delivery date; and, on that delivery date, the information given to State Farm Life is true and complete without material changes to the best of their knowledge and belief.

For changes in Basic Amount or in the Death Benefit Option for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by State Farm Life if, on such deduction date, the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to State Farm Life is true and complete without material changes to the best of their knowledge and belief.

However, if a binding receipt has been given and is in effect, its terms will apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete to the best of their knowledge and belief. It is agreed that State Farm Life can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Social Security or Tax Identification Number (TIN) Certification – SEE INSTRUCTIONS ON REVERSE SIDE. By signing this application, I certify under penalties of perjury that (1) the TIN shown on page 1 of this application is correct, and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (If you are subject to backup withholding, cross out item 2.)

Any policy issued on this application will be owned by Proposed Insured 1, or the Applicant, if other than Proposed Insured 1.

Dated on _September 11th 1992_
at _Spartanburg S.C._

SIGNATURE OF PROPOSED INSURED 1  _Arthur Eric Millwood_
SIGNATURE OF PROPOSED INSURED 2  _Jane W. Millwood_
SIGNATURE OF AGENT AS WITNESS TO ALL SIGNATURES
SIGNATURE OF APPLICANT  (NOT REQUIRED UNLESS APPLICANT IS OTHER THAN PROPOSED INSURED 1. IF A FIRM OR CORPORATION IS TO BE THE OWNER GIVE ITS NAME AND SIGNATURE OF AUTHORIZED OFFICER.)

A-1

**STATE FARM INSURANCE COMPANIES**
HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001

**STATE FARM LIFE INSURANCE COMPANY**
(Not licensed in New York or Wisconsin)
**STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY**
(Licensed in New York and Wisconsin)
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**HEALTH INSURANCE DEPARTMENT**

**MEDICAL EXAMINER'S REPORT - ADULT (PARAMEDICAL)**

**MEDICAL HISTORY portion of LIFE and/or HEALTH INSURANCE APPLICATION**   File No.(s).

1. a. Name of Proposed Insured: *Jane W Millwood*   Birthdate: 44   b. Name and Address of Personal Physician (If none, so state.): *Dr Terry Johnson Powell mill Rd Sptbg S.C. 29301*

c. Date and Reason Last Seen and Treatment Given? (List medications prescribed, indicating those still being administered.)
*2-1992  Sinus infection. Antibiotics given full Recovery.*

2. Have you ever been treated for or had any known indication of:

| | Yes | No |
|---|---|---|
| a. Disorder of eyes, ears, nose, or throat? | | X |
| b. Dizziness, fainting, epilepsy, convulsions; frequent or severe headaches; paralysis or stroke; or mental or nervous disorder? | | X |
| c. Shortness of breath, allergy, asthma, emphysema, pneumonia or other respiratory disorder? | | X |
| d. Chest pain, (high blood pressure) heart murmur, heart attack, or other disorder of the heart? | X | |
| e. Ulcer, hernia, chronic diarrhea, or colitis; or disorder of the stomach, intestines, liver, or (gallbladder?) | X | |
| f. Varicose veins, hemorrhoids, or rectal disorder? | | X |
| g. Sugar, albumin, blood or pus in the urine; stones or other disorder of the kidneys, bladder, or prostate? | | X |
| h. Diabetes; (thyroid) or other endocrine disorders? | X | |
| i. Disorder of the breasts or reproductive organs; venereal disease; or complications of pregnancy including cesarean section? | X | |
| j. Arthritis; injury or disorder of the spine, neck or back, arm, leg, shoulder, wrist, hand, hip, knee, ankle, or foot? | | X |
| k. Deformity or amputation? | | X |
| l. Disorder of skin or lymph glands, cyst, tumor, or cancer? | | X |
| m. Leukemia, anemia, immune deficiency or any other blood disorder? | | X |
| n. Recurrent fever, fatigue or night sweats? | | X |

3. Are you now receiving any treatment or taking medication? — X

4. To the best of your knowledge and belief, are you now pregnant? — No X

5. Have you in the last 5 years:

| | Yes | No |
|---|---|---|
| a. Used cocaine, marijuana, hallucinogenic drugs, or narcotics not prescribed by a physician? | | X |
| b. Been treated or counseled, or been advised to seek treatment or counsel, for alcohol or drug use? | | X |

6. Have you had any unexplained change in weight in the past year? — No X

7. Other than above, have you within the past 5 years:

| | Yes | No |
|---|---|---|
| a. Had any mental or physical disorder not listed above? | | X |
| b. Had a checkup, consultation, illness, injury, or surgery? | | X |
| c. Been a patient in a hospital, clinic, sanatorium, or other medical facility? | | X |
| d. Had electrocardiogram, x-ray, or other diagnostic test? | | X |
| e. Been advised to have any diagnostic test, hospitalization or surgery which was not completed? | | X |

8. Have you ever had military service deferment, rejection or discharge because of a physical or mental condition? — No X

9. Within the last 3 years have you claimed or received any benefits because of injury, sickness, or disability? — No X

10. a. Do you now smoke cigarettes? If yes, give number smoked per day. *½ pack Day.* — Yes X

b. Did you previously smoke and quit? If yes, give date last smoked. — No X

c. Are you using tobacco in any other form? If yes, specify. — No X

11. Family History:

a. Is your father, mother, or any brother or sister deceased? (If yes, identify family member and give the age at death and cause.) — Yes X

b. Has your (father,) mother, or any brother or sister had high blood pressure, stroke, or heart disease before age 60; or ever had diabetes, (cancer,) kidney disease, or mental illness? (If yes, identify family member and explain.) — Yes X

DETAILS of "Yes" answers. (IDENTIFY QUESTION NUMBER, CIRCLE APPLICABLE ITEMS: Include diagnoses, dates, duration, and names and addresses of all attending physicians and medical facilities.)

*2(D) Same doctor as 1(B).*
*Takes Vasotec 10 mg.*
*one daily.*

*2(E) client had Gallbladder*
*removed 1980. Dr Hull Serpentine*
*Drive Spartanburg S.C. 29301.*
*Mary Black memorial Hospital*
*Skylan Dr Spartanburg S.C. 29301.*
*2(H) 1960 client had Thyroid*
*Operation. Not sure doctors*
*name. Now taking Synthroid 0.1mg.*
*2(I) client had full hystrectomy.*
*6 years ago. not sure doctors*
*name. Mary Black memorial Hospital*
*Skylan Dr Sptbg S.C. 29302.*
*full Recovery. Takes Premarin*
*1.25 mg.*
*3. 2H 2I 2E 2D.*
*11A father died age 76 cancer.*

I state that all information in this medical history is true and complete to the best of my knowledge and belief. This medical history will be part of my application.

Witness X *Rita Martin*
Signature of Examiner or Paramedical Laboratory Technician

Dated On: 10  Month  5  Day  , 19  92  Year

X *Jane W Millwood*
Signature of Proposed Insured

2-31-2199.2 Printed in U.S.A.
(871115)

1245

**STATE FARM INSURANCE COMPANIES**

HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001

**STATE FARM LIFE INSURANCE COMPANY**
(Not licensed in New York or Wisconsin)
**STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY**
(Licensed in New York and Wisconsin)
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**HEALTH INSURANCE DEPARTMENT**

**MEDICAL EXAMINER'S REPORT - ADULT (PARAMEDICAL)**

**MEDICAL HISTORY portion of LIFE and/or HEALTH INSURANCE APPLICATION**      File No.(s) 0939-2349

1. a. Name of Proposed Insured    **Gettys B Millwood**    | Birthdate 45 | b. Name and Address of Personal Physician (If none, so state.) Dr Bells Powell mill Rd Spbg, S.C. 29301.

c. Date and Reason Last Seen and Treatment Given? (List medications prescribed, indicating those still being administered.) 1 year ago for cold. Antibiotics given Full Recovery

2. Have you ever been treated for or had any known indication of?   | Yes | No |
a. Disorder of eyes, ears, nose, or throat? | | X |
b. Dizziness, fainting, epilepsy, convulsions; frequent or severe headaches; paralysis or stroke; or mental or nervous disorder? | | X |
c. Shortness of breath, allergy, asthma, emphysema, pneumonia or other respiratory disorder? | | X |
d. Chest pain, high blood pressure, heart murmur, heart attack, or other disorder of the heart? | | X |
e. Ulcer, hernia, chronic diarrhea, or colitis; or disorder of the stomach, intestines, liver, or gallbladder? | | X |
f. Varicose veins, hemorrhoids, or rectal disorder? | | X |
g. Sugar, albumin, blood or pus in the urine; stones or other disorder of the kidneys, bladder, or prostate? | | X |
h. Diabetes; thyroid or other endocrine disorders? | | X |
i. Disorder of the breasts or reproductive organs; venereal disease; or complications of pregnancy including cesarean section? | | X |
j. Arthritis; injury or disorder of the spine, neck or back, arm, leg, shoulder, wrist, hand, hip, knee, ankle, or foot? | | X |
k. Deformity or amputation? | X | |
l. Disorder of skin or lymph glands, cyst, tumor, or cancer? | | X |
m. Leukemia, anemia, immune deficiency or any other blood disorder? | | X |
n. Recurrent fever, fatigue or night sweats? | | X |

3. Are you now receiving any treatment or taking medication? | | X |

4. To the best of your knowledge and belief, are you now pregnant? | | NO |

5. Have you in the last 5 years:
a. Used cocaine, marijuana, hallucinogenic drugs, or narcotics not prescribed by a physician? | | X |
b. Been treated or counseled, or been advised to seek treatment or counsel, for alcohol or drug use? | | X |

6. Have you had any unexplained change in weight in the past year? | | X |

7. Other than above, have you within the past 5 years:
a. Had any mental or physical disorder not listed above? | | X |
b. Had a checkup, consultation, illness, injury, or surgery? | | X |
c. Been a patient in a hospital, clinic, sanatorium, or other medical facility? | | X |
d. Had electrocardiogram, x-ray, or other diagnostic test? | | X |
e. Been advised to have any diagnostic test, hospitalization or surgery which was not completed? | | X |

8. Have you ever had military service deferment, rejection or discharge because of a physical or mental condition? | | X |

9. Within the last 3 years have you claimed or received any benefits because of injury, sickness, or disability? | | X |

10. a. Do you now smoke cigarettes? If yes, give number smoked per day. | | X |
b. Did you previously smoke and quit? If yes, give date last smoked. | | X |
c. Are you using tobacco in any other form? If yes, specify. | | X |

11. Family History:
a. Is your father, mother, or any brother or sister deceased? (If yes, identify family member and give the age at death and cause.) | X | |
b. Has your father, mother, or any brother or sister had high blood pressure, stroke, or heart disease before age 60; or ever had diabetes, cancer, kidney disease, or mental illness? (If yes, identify family member and explain.) | | X |

**DETAILS of "Yes" answers. (IDENTIFY QUESTION NUMBER, CIRCLE APPLICABLE ITEMS: Include diagnoses, dates, duration, and names and addresses of all attending physicians and medical facilities.)**

2(K) Client had industrial accident. 1969. Thumb was amputated. (Right hand) at top Joint only. Full Recovery. DR Hannah Serpentine Drive Spartanburg S.C. 29301.
Client also hurt one finger on Right had lost top part and nail. DR F. Thunderburke Qillon Cr. Spartanburg S.C. 29302.

11 A father died age 57 heart Attack. Mother died age 59 natural causes

92 OCT 12 AM 10:

I state that all information in this medical history is true and complete to the best of my knowledge and belief. This medical history will be part of my application.

Witness X _Rita Martin_
Signature of Examiner or Paramedical Laboratory Technician

Dated On 10 - 05, 19 92
Month   Day   Year

X _G. Millwood_
Signature of Proposed Insured

2-31-2199.2 Printed in U.S.A.
(871115)

**APPLICATION FOR LIFE INSURANCE**

1ST COPY
PAGE 1

**STATE FARM LIFE INSURANCE COMPANY**

**1a Proposed Insured 1** *(Print name in full)*

a. MRS/MS □  LAST NAME: Millwood  FIRST NAME: Gettys  MIDDLE INITIAL: B

b. □ INDICATION (GIVE EXACT DUTIES) NUMBER & STATE

c. MAIL ADDRESS: -6192 SCS-1515484  #1 Brookstone Ct

d. Wallford, SC  ZIP CODE: 29385

e. SEX: M  AGE: 43  STATE OF BIRTH: M.  MARITAL STATUS

f. HEIGHT: 5'11"  WEIGHT: 190  SC  U.S. OR CANADIAN CITIZEN: YES ☒ NO □

g. OCCUPATION (GIVE EXACT DUTIES): Police Office
EMPLOYER'S NAME AND ADDRESS: PO Box 771
Sptg. Co. Sheriff Dept Sptg 29303

**2a Proposed Insured 2** *(Additional Insured or Payor)*

a. MRS/MS □  LAST NAME: Millwood  FIRST NAME: Jane  MIDDLE INITIAL: W

b. □ UNIVERSAL LIFE NUMBER & STATE: -6191 SC 14-686'72

c. SEX: F  AGE: 44  STATE OF BIRTH: 43  MARITAL STATUS: M

d. HEIGHT: 5'5"  WEIGHT: 135  SC  U.S. OR CANADIAN CITIZEN: YES ☒ NO □

e. OCCUPATION (GIVE EXACT DUTIES): Police Officer
EMPLOYER'S NAME AND ADDRESS: Sptg SC
Sptg. Co. Sheriff Dept  29303

**3a Applicant's Name** *(If not Proposed Insured 1, print name in full)*

LAST NAME:  FIRST NAME:  MIDDLE INITIAL:

SOC. SEC. OR TAX IDENTIFICATION NO.  If mailing address not same as Proposed Insured 1, provide in Explanations.

**b** If Proposed Insured 1 is under age 16, name who is to succeed the Applicant as Owner. *(Print name in full)*

**c** If Proposed Insured 1 is under age 16, check here if Proposed Insured 1 is **NOT** to be Owner at and after age 21. □

**4** If the application is for a change in a State Farm policy, give the policy number.  7420 796

**5** *(Note: If Universal Life do **NOT** complete questions 5-7)*

**a** Basic Amount and Plan applied for:  YRS.  INT.

**b** Riders applied for: *(Check Ratebook for availability of riders on policies)*

□ AD  AMOUNT  □ 10 YR  AMOUNT
□ DA
□ GIO  AMOUNT  □ 1 YR  AMOUNT
□ DC
□ CTR  UNITS  □ AJ  YRS.  INT.  AMOUNT
□ GE  RT
□ PAYOR  AJ  RT
□ MTG  YRS.  INT.  AMOUNT  □ 10 YR  AMOUNT
□ RT
□ 5 YR  YRS.  INT.  AMOUNT  □ 5 YR  AMOUNT
□ RT  AJ RT

1 - COMPLETE QUESTIONS 13 & 14
2 - COMPLETE QUESTIONS FOR PROPOSED INSURED 2

**6 Dividend Option** - If the option chosen is not available, or no option is chosen, policy provisions determine the option.
□ Paid-up Additions  □ Accumulate  □ Reduce Premium
□ Cash Payment  □ Fifth Dividend Option

**7** Do you want the Automatic Premium Loan provision to apply, if available?  YES □  NO □

**8 UNIVERSAL LIFE**

**a** Initial Basic Amount  50,000

**b** Death Benefit Option: *(COMPLETE FOR NEW POLICY OR TO CHANGE THE DEATH BENEFIT OPTION)*
If option not chosen, policy provisions determine option.
□ 1-Basic Amount  ☒ 2-Basic Amount *plus* Cash Value

**c** Riders applied for:
□ AD  AMOUNT  □ GIO  AMOUNT
□ CTR  UNITS  50,000  ☒ WAIVER OF MONTHLY DEDUCTION (FOR DISABILITY)
1 - COMPLETE QUESTIONS 13 & 14  2 - COMPLETE QUESTIONS FOR PROPOSED INSURED 2

**d** Dividend Option: If option not chosen, policy provisions determine option.
□ Addition to Cash Value  □ Cash Payment

**e** Planned Premium
(1) Mode of Payment □ ANNUAL ☒ PAC □ OTHER SPEC. NO.
(2) Amount *(AMOUNT TO BE BILLED EACH PAYMENT DATE)*

**f** Increase or Decrease in Basic Amount *(DO NOT COMPLETE FOR NEW POLICY)*
Amount of Increase  Amount of Decrease

2-31-28022

---

**Note:** *For a decrease in Basic Amount or a change in Death Benefit Option under a Universal Life policy, it is NOT necessary to complete questions 9-21.*

**9 Beneficiary Designation Proposed Insured 1**
Completion of this section will replace all previous rider and policy designations for this policy.

PRIMARY-FULL NAME: Jane W Millwood  AGE: 48  RELATIONSHIP: Wife
☒ Interest Option or □ One Sum or □ Other-Explain

SUCCESSOR-FULL NAME: Tina A. Bishop  AGE: 26  RELATIONSHIP: Step Daugh
☒ Interest Option or □ One Sum or □ Other-Explain

FINAL-FULL NAME: Lyndon Baines Gregory  AGE: 22  RELATIONSHIP: Step Son
One Sum Settlement Only

If a beneficiary survives the Insured, any payment to successor will be one sum, unless changed.

**10 Beneficiary Designation for Proposed Insured 2**
*(Complete for Additional Insured's rider only if Beneficiary provision in the rider is NOT desired.) If a Change of Plan, this will replace previous designations. If this section is completed, the Payment of Benefit Provisions of the policy will control rather than the Beneficiary provision of such rider. "Additional Insured" would be used in place of "Insured."*

PRIMARY-FULL NAME: Gettys B Millwood  AGE: 43  RELATIONSHIP: husband
☒ Interest Option or □ One Sum or □ Other-Explain

SUCCESSOR-FULL NAME: Tina A Bishop  AGE: 26  RELATIONSHIP: daughter
☒ Interest Option or □ One Sum or □ Other-Explain

FINAL-FULL NAME: Lyndon Baines Gregory  AGE: 22  RELATIONSHIP: Son
One Sum Settlement Only

If a beneficiary survives the Additional Insured, any payment to successor will be one sum, unless changed.

|  | PROPOSED INSURED |  |
| --- | --- | --- |
|  | 1 | 2 |
|  | YES NO | YES NO |
| **11a** Do you have personal and business life insurance of $125,000 or more? *(If yes, give amounts and details)* | □ ☒ | ☒ □ |
| **b** Do you have accidental death insurance excluding group? *(If yes, and AD applied for, give amount)* | □ ☒ | □ □ |
| **c** Will this policy replace or change insurance or annuities you now have? *(If yes, explain)* | ☒ □ | ☒ □ |
| **d** Are you now applying for life or health insurance with any other company? *(If yes, state companies & amounts)* | ☒ □ | ☒ □ |
| **e** Do you plan to leave or travel from the United States or Canada in the next 6 months? *(If yes, explain)* | □ ☒ | □ ☒ |

**12** If Proposed Insured 1 is under age 16, give the amount of life insurance in force on Father _____ and on Mother _____ *(If none, so indicate)*

*(COMPLETE QUESTIONS 13 & 14 ONLY IF CTR IS APPLIED FOR)*
**13** Children under age 18 *(Birthday basis) (If None, so state)*

| NAME (IF LAST NAME DIFFERENT EXPLAIN) | RELATIONSHIP TO PROPOSED INSURED 1 | BIRTHDATE MO. | DAY | YR. | AMOUNT EACH INSURED FOR |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  |  | $ |

**14** Have any children named above: *(If yes, explain)*

| | YES | NO |
| --- | --- | --- |
| **a** been a patient in a hospital, clinic, or emergency room within the last 3 years? | □ | □ |
| **b** had treatment or advice from a doctor within the last 3 years? | □ | □ |
| **c** had asthma, epilepsy, diabetes, cancer or leukemia? | □ | □ |
| **d** had a birth defect, mental disorder, or impairment of sight, hearing, or speech? | □ | □ |

PRINTED IN U.S.A.

APPLICATION FOR LIFE INSURANCE

1ST COPY
PAGE 2

| | PROPOSED INSURED | |
|---|---|---|

**15 Have you ever:** (If yes, explain)

*a been unable to obtain life or health insurance at the plan, amount, or rate applied for? — YES/NO

b been rejected by or discharged from the armed forces for mental or physical reasons?

c applied for or received disability benefits?

d had an impairment or loss of sight, hearing, or limb?

**16 Have you, in the last 10 years, had or been treated for:** (If yes, circle and explain)

a mental, nervous, convulsive, or epileptic disorder?

b pneumonia, emphysema or asthma?

c high blood pressure or stroke?

*d heart murmur, chest pain, or heart attack?

*e tumor, cancer, or lymph gland disorder?

f diabetes, arthritis, venereal or kidney disease?

g chronic diarrhea, unexplained weight loss, ulcer, colitis, liver or intestinal disorder?

h anemia, immune deficiency or other blood disorder?

i recurrent fever, fatigue or night sweats?

**17 Have you, in the last 5 years:** (If yes, explain)

a used cocaine, marijuana, hallucinogenic drugs or narcotics not prescribed by a physician?

b been treated or counseled, or been advised to seek treatment or counsel, for alcohol or drug use?

**18 Have you, in the last 5 years, for any reason not previously explained:** (If yes, explain)

a had treatment or advice from any doctor?

b had treatment or advice from any psychiatrist or psychologist?

c been a patient in a hospital or emergency room?

d taken prescribed medication? (If yes, list and explain)

e had surgery or been told surgery was necessary?

**19 Have you, in the last 3 years:** (If yes, explain)

a flown as a pilot, crew member, or student pilot of aircraft such as an airplane, helicopter, glider, or ultralight? Or, is such activity planned in the next 6 months?

*b engaged in avocations such as mountain or rock climbing, vehicle racing, scuba, skin, or sky diving? Or, is such activity planned in the next 6 months?

c had your drivers license suspended or revoked, had 3 or more moving violations, had 2 or more chargeable accidents, or been charged with driving under the influence of alcohol or drugs?

**20 a** Do you now smoke cigarettes?
If yes, give number smoked per day — 1 pK

b Did you previously smoke and quit?
If yes, give date last smoked (Mo/Yr)

c Are you using tobacco in any other form?
If yes, specify

**21 Family History**

a Is your father, mother or any brother or sister deceased? (If yes, identify family member and give the age at death and cause)

b Has your father, mother or any brother or sister ever had diabetes, cancer, kidney disease or mental illness? Have any had high blood pressure, stroke or heart disease before age 60? (If yes, explain and identify family member)

*AGENT- If yes, it may be advisable not to collect money or give a Binding Receipt-Consult Agents Service for specific instructions.

**22 Explanations:** (If space below is insufficient, use additional sheets, which will be part of this Application. Sheets must be signed and dated by Proposed Insured(s), and/or Applicant, and witnessed by Agent.)

| QUESTION NUMBER | NAME OF PERSON | NATURE AND SEVERITY OF CONDITION FREQUENCY OF TREATMENT - TREATMENTS RENDERED | DATES ONSET RECOVERY | NAME & ADDRESS OF MEDICAL ATTENDANTS AND HOSPITALS |
|---|---|---|---|---|
| 11C | Getty's | STATE FARM 74 20796 | | (also Back date to 8 Th day |
| | | Conversion of Graded Prem WL TO UL | | |
| | Policy Attached | All monies rolled over into new UL | | |
| 16C | Jane | High Blood Pressure Dr John Simmms - Under Control | | |
| | | medication: Dyaside Drs Park (age) - 1963 till | | |
| 18C | Jane - Hypertension | Spbg; SC (18) | | present |
| d | Dr Langford - 8-5-1987 | | | |
| e | Dr's Park Spbg, SC - Fully recovered - med! | | | Hormone |
| 21a | Getty's - Mother - 60 yrs - clone it many will to live | | | |
| | - Father - 55 yrs - heart attacked - 1st | | | |
| 21b | Jane - mother - high Blood Pressure once - not being treated now | | | |

Coverage will be effective as of the policy date, if the following conditions are met: the first premium is paid when the policy is delivered; the Proposed Insureds are all living on the delivery date; and, on that delivery date, the information given to State Farm Life is true and complete without material changes to the best of their knowledge and belief.

For changes in Basic Amount or in the Death Benefit Option for a Universal Life Policy, the change will be effective on the deduction date on or next following acceptance of the change by State Farm Life if, on such deduction date, the following conditions are met: there is enough cash surrender value to make the required deduction; the Proposed Insureds are all living; and the information given to State Farm Life is true and complete without material changes to the best of their knowledge and belief.

However, if a binding receipt has been given and is in effect, its terms will apply.

All Proposed Insureds and the Applicant state that the information in this application and any medical history is true and complete to the best of their knowledge and belief. It is agreed that State Farm Life can investigate the truth and completeness of such information while the policy is contestable.

By accepting the policy, the Owner agrees to the beneficiaries named, method of payment and corrections made. No change in plan, amount, benefits, or age at issue may be made on the application unless the Owner agrees in writing. Only an authorized company officer may change the policy provisions. Neither the agent nor a medical examiner may pass on insurability.

Social Security or Tax Identification Number (TIN) Certification – SEE INSTRUCTIONS ON REVERSE SIDE. By signing this application, I certify under penalties of perjury that (1) the TIN shown on page 1 of this application is correct, and (2) that I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding. (If you are subject to backup withholding, cross out item 2.)

Any policy issued on this application will be owned by Proposed Insured 1, or the Applicant, if other than Proposed Insured 1.

Dated on ___ 3/10/__ at ___ Spbg/SC ___

SIGNATURE OF AGENT/AS WITNESS TO ALL SIGNATURES ___

SIGNATURE OF PROPOSED INSURED 1 ___
SIGNATURE OF PROPOSED INSURED 2 ___
SIGNATURE OF APPLICANT ___

**STATE FARM INSURANCE COMPANIES**
HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001

**STATE FARM LIFE INSURANCE COMPANY**
(Not licensed in New York or Wisconsin)
**STATE FARM LIFE AND ACCIDENT ASSURANCE COMPANY**
(Licensed in New York and Wisconsin)
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**HEALTH INSURANCE DEPARTMENT**

**MEDICAL EXAMINER'S REPORT - ADULT (PARAMEDICAL)**

**MEDICAL HISTORY portion of LIFE and/or HEALTH INSURANCE APPLICATION**    File No.(s) _____

1. a. Name of Proposed Insured: *Jane W. Millwood*   Birthdate: *14*
   b. Name and Address of Personal Physician (If none, so state.): *John Simmons MD Dillon Dr Spartanburg SC*
   c. Date and Reason Last Seen and Treatment Given? (List medications prescribed, indicating those still being administered.): *Aug. 1987 Routine Check up - Continue medication.*

2. Have you ever been treated for or had any known indication of:
   a. Disorder of eyes, ears, nose, or throat? — No
   b. Dizziness, fainting, epilepsy, convulsions; frequent or severe headaches; paralysis or stroke; or mental or nervous disorder? — No
   c. Shortness of breath, allergy, asthma, emphysema, pneumonia or other respiratory disorder? — No
   d. Chest pain, high blood pressure, heart murmur, heart attack, or other disorder of the heart? — Yes
   e. Ulcer, hernia, chronic diarrhea, or colitis; or disorder of the stomach, intestines, liver, or gallbladder? — Yes
   f. Varicose veins, hemorrhoids, or rectal disorder? — No
   g. Sugar, albumin, blood or pus in the urine; stones or other disorder of the kidneys, bladder, or prostate? — No
   h. Diabetes; thyroid or other endocrine disorders? — Yes
   i. Disorder of the breasts or reproductive organs; venereal disease; or complications of pregnancy including cesarean section? — Yes
   j. Arthritis; injury or disorder of the spine, neck or back, arm, leg, shoulder, wrist, hand, hip, knee, ankle, or foot? — No
   k. Deformity or amputation? — No
   l. Disorder of skin or lymph glands, cyst, tumor, or cancer? — No
   m. Leukemia, anemia, immune deficiency or any other blood disorder? — No
   n. Recurrent fever, fatigue or night sweats? — No

3. Are you now receiving any treatment or taking medication? — Yes

4. To the best of your knowledge and belief, are you now pregnant? — No

5. Have you in the last 5 years:
   a. Used cocaine, marijuana, hallucinogenic drugs, or narcotics not prescribed by a physician? — No
   b. Been treated or counseled, or been advised to seek treatment or counsel, for alcohol or drug use? — No

6. Have you had any unexplained change in weight in the past year? — No

7. Other than above, have you within the past 5 years:
   a. Had any mental or physical disorder not listed above? — No
   b. Had a checkup, consultation, illness, injury, or surgery? — Yes
   c. Been a patient in a hospital, clinic, sanatorium, or other medical facility? — Yes
   d. Had electrocardiogram, x-ray, or other diagnostic test? — Yes
   e. Been advised to have any diagnostic test, hospitalization or surgery which was not completed? — No

8. Have you ever had military service deferment, rejection or discharge because of a physical or mental condition? — No

9. Within the last 3 years have you claimed or received any benefits because of injury, sickness, or disability? — No

10. a. Do you now smoke cigarettes? If yes, give number smoked per day. *1 pk. day* — Yes
    b. Did you previously smoke and quit? If yes, give date last smoked _____ — No
    c. Are you using tobacco in any other form? If yes, specify. _____ — No

11. Family History:
    a. Is your father, mother, or any brother or sister deceased? (If yes, identify family member and give the age at death and cause.) — No
    b. Has your father, mother, or any brother or sister had high blood pressure, stroke, or heart disease before age 60; or ever had diabetes, cancer, kidney disease, or mental illness? (If yes, identify family member and explain.) — No

DETAILS of "Yes" answers. (IDENTIFY QUESTION NUMBER, CIRCLE APPLICABLE ITEMS: Include diagnoses, dates, duration, and names and addresses of all attending physicians and medical facilities.)

*2d - Been Taking B.P. medicine Approx. 20 yrs - Takes - Dyazide Cap 1 day Sectral 400 mg. Cap 1 day Dr. Same as 1A*

*2e - 1982 Gallbladder Surg - Dr. D. C. Hall Serpentine Dr. Spartanburg, S.C.*

*2R - 15 yrs - Thyroidectomy St. Francis Hosp. Greenville, S.C. Dr. unknown*

*2I - Aug 1987 hysterectomy + BP Dr. Cecil Lanford. S.C. Doctors Pk. Sptbg. S.C. Takes Levothroid 0.1mg Due to thyroid problem.*

I state that all information in this medical history is true and complete to the best of my knowledge and belief. This medical history will be part of my application.

Witness: *Sarah K. Brown RN*   Signature of Examiner or Paramedical Laboratory Technician

Dated On *Mar.* *23*, 19 *88*

x *Jane W. Millwood*   Signature of Proposed Insured

2-31-2199.2  Printed in U.S.A.

**BASIC PLAN DESCRIPTION**
Flexible premium adjustable life insurance. A death benefit is payable if the Insured dies before the maturity date. The cash surrender value is payable if the Insured is alive on the maturity date. Flexible premiums are payable while the Insured is alive until the maturity date. The basic plan is eligible for annual dividends.

FORM 86040                                                                                            850318