# EXHIBIT B

Death Certificate of Jane W. Millwood

09/16/2016  09:48  864477    BRADEY*FOWLER     DF    PAGE 04/06
09/15/2016  11:58AM FAX  004    014    @0002/0002

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-16-032301
**DECEDENT'S NAME:** JANE W MILLWOOD
**SEX:** FEMALE
**AKA's:** NA
**SOCIAL SECURITY NUMBER:** ███-██-8786
**ARMED FORCES:** NO
**DATE OF BIRTH:** ██/██/1944
**AGE:** 71 YEARS
**TYPE OF PLACE OF DEATH:** HOSPITAL- EMERGENCY ROOM/OUTPATIENT
**COUNTY OF DEATH:** SPARTANBURG
**NAME AND ADDRESS OF PLACE OF DEATH:** SPARTANBURG REGIONAL MEDICAL CENTER, SPARTANBURG, SC 29303
**PLACE OF DISPOSITION:** NEW PROSPECT BAPTIST CHURCH
**DISPOSITION LOCATION:** INMAN, SOUTH CAROLINA
**METHOD OF DISPOSITION:** BURIAL
**DECEDENT'S RESIDENCE:** 214 CROOKED TREE DRIVE, INMAN, SPARTANBURG COUNTY, SC, 29349
**PLACE OF BIRTH:** SOUTH CAROLINA
**MARITAL STATUS:** DIVORCED (AND NOT REMARRIED)
**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** CHARLTON W WOOD
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** JANIE WADDELL WOOD
**INFORMANT'S NAME:** TINA BISHOP
**RELATIONSHIP:** FAMILY MEMBER
**MAILING ADDRESS:** 214 CROOKED TREE DRIVE, INMAN, SC, 29349
**FUNERAL HOME:** EGGERS FUNERAL HOME, INC., P.O. BOX 160427, BOILING SPRINGS, SC, 29316
**FUNERAL DIRECTOR:** NANCY C. SPROLES
**LICENSE NUMBER:** 2245
**EMBALMER'S NAME:** GREGORY S GREENE
**LICENSE NUMBER:** 2210
**ACTUAL OR PRESUMED DATE OF DEATH:** SEPTEMBER 06, 2016
**MANNER OF DEATH:** NATURAL
**ACTUAL OR PRESUMED TIME OF DEATH:** 1913

**CAUSE OF DEATH - PART I**
CONGESTIVE HEART FAILURE WITH PULMONARY EDEMA
SEVERE SEPSIS

**OTHER SIGNIFICANT CONDITIONS - PART II:**
NA

**CORONER CONTACTED?** YES
**AUTOPSY PERFORMED?** NO
**AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** NA
**TIME OF INJURY:** NA
**INJURY AT WORK?** NA
**PLACE OF INJURY:** NA
**LOCATION OF INJURY:** NA
**HOW THE INJURY OCCURRED?** NA
**CERTIFIER NAME AND TITLE:** MD COLIN JAMES KANE
**LICENSE NUMBER:** LL.38306
**CERTIFIER'S ADDRESS:** NA
**DATE FILED:** SEPTEMBER 12, 2016
**DATE OF ISSUANCE:** SEPTEMBER 12, 2016
**SPECIAL INSTRUCTIONS:** NA

SC05412420

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Catherine E. Heigel
Director and State Registrar

Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 07/31/2015

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

4ch1626000574

