IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| TINA BISHOP, personally and as Personal Representative of the Estate of Jane W. Millwood, | ) ) ) ) | Civil Action No. 7:17-CV-00052-DCC |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Gettys Bryant Millwood. | ) ) | |
| Defendants. | ) ) ) | |

Pursuant to FRCP 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal of this action with prejudice.

[SIGNATURE PAGE FOLLOWS]

WE SO STIPULATE:

VICTORIA LAW FIRM, LLC

By: s/ZACHARY FARR
J. Zachary Farr
Federal Bar No. 12392
E-Mail: jzachfarr@gmail.com
2890 Reidville Rd
Spartanburg, SC  29301
(864) 707-2551

*Attorneys for Tina Bishop*

WE SO STIPULATE:

HENDERSON, BRANDT, & VIETH, P.A.

By: s/GEORGE BRANDT, III
George Brandt, III
Federal Bar No. 01451
E-Mail: gbrandt@hbvlaw.com
360 E. Henry St., Suite 101
Spartanburg, SC  29302
(864) 583-5144

*Attorneys for Gettys Bryant Millwood*

Spartanburg, South Carolina
December 20, 2017